UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

GYANA BASSE,
f/k/a GYANA CHOI,

    Plaintiff,

v.                                                  Civ. No. 16-1091 GJF/WPL

GEICO GENERAL INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on Defendant's "Motion to Dismiss" ("Motion") [ECF No. 20]. Having reviewed the record, noting the concurrence of the parties, and being otherwise fully advised, the Court finds the Motion to be well-taken and will GRANT it.

**IT IS THEREFORE ORDERED** that all claims against Government Employees Insurance Company ("GEICO") which were set forth in Plaintiff's Complaint, or which could have been set forth in the Complaint, are hereby **DISMISSED** with prejudice.

**IT IS FURTHERMORE ORDERED** that each party be responsible for their own costs and attorney fees.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE